United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEE JOO YANG, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>ELIZABETH R. KIM, individually and dba "Teddy's Cafe" and "The Bay Food Company," SUNG TAE KIM, individually and dba "Teddy's Cafe and "The Bay Food Company," THE BAY FOOD COMPANY, INC., business form unknown, T AND E FOOD COMPANY, INC., business form unknown, and DOES 1–100,<br><br>    Defendants.<br>                                                 / | No. C 15-04986 WHA<br><br>**NOTICE RE PROPOSED CONSENT DECREE** |

      The Court has received the "Consent Decree and Proposed Order" submitted by the parties. By **JUNE 10, 2016, AT NOON**, counsel shall please respond to the following issues and questions.

    1.    On page 3, the proposed consent decree refers to a "Settlement Agreement and General Release." Please provide the Court with a fully-executed copy of this document.

    2.    Why is this settlement styled as a consent decree when it contains no injunctive relief?

    3.    The Court would accept jurisdiction over the matter of plaintiff's attorney's fees in the state action only if both parties waive their right to appeal on that issue.

This waiver would have to extend to plaintiff's attorney fees in the instant federal action as well given that the state and federal aspects will be intertwined and hard to separate out after the fact.

4. Both sides should be advised that the Court's general procedure with respect to attorney's fees is to appoint a special master, wherein both sides share the cost of the special master. This would be true whether or not attorney's fees in the state action are rolled into the procedure.

The Court thanks counsel for their efforts to resolve this case.

**IT IS SO ORDERED.**

Dated: June 7, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2