IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEE JOO YANG, an individual, | No. C 15-04986 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING PROPOSED CONSENT DECREE** |
| ELIZABETH R. KIM, individually and dba "Teddy's Cafe" and "The Bay Food Company," SUNG TAE KIM, individually and dba "Teddy's Cafe and "The Bay Food Company," THE BAY FOOD COMPANY, INC., business form unknown, T AND E FOOD COMPANY, INC., business form unknown, and DOES 1–100, | |
| Defendants. | |

     The Court refuses to enter the proposed consent decree because the parties cannot agree on its import. The Court will entertain a motion for attorney's fees but the Court will not accept jurisdiction over attorney's fees in the state court matter since it does not appear that both sides are willing to waive any rights to appeal an order on attorney's fees.

     Rule 54(d)(2)(D) permits the Court to refer issues related to attorney's fees to a special master. Rule 53(g)(3) allows the Court to allocate the compensation of the special master among the parties.

Plaintiff shall file any motion for attorney's fees by **JUNE 30, 2016.**

**IT IS SO ORDERED.**

Dated: June 15, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE