**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEE JOO YANG, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>ELIZABETH R. KIM, individually and dba "Teddy's Cafe" and "The Bay Food Company," SUNG TAE KIM, individually and dba "Teddy's Cafe and "The Bay Food Company," THE BAY FOOD COMPANY, INC., business form unknown, T AND E FOOD COMPANY, INC., business form unknown, and DOES 1–100,<br><br>  Defendants.<br>                                                                     / | No. C 15-04986 WHA<br><br>**ORDER RE BANKRUPTCY STAY** |

The Court is in receipt of defendants' Notice of Chapter 13 Bankruptcy Case and Automatic Stay.

This action is hereby stayed as to all parties and all further proceedings. A joint status report shall be due by **NOVEMBER 14, 2016.**

**IT IS SO ORDERED.**

Dated: July 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE