IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEE JOO YANG,<br><br>    Plaintiff,<br><br>  v.<br><br>ELIZABETH R. KIM, *et al.*,<br><br>    Defendants.<br>                                                              / | No. C 15-04986 WHA<br><br>**ORDER RE STATUS REPORTS** |

The Court is in receipt of status reports submitted separately by the parties on November 14 (Dkt. Nos. 42, 43). Defendants' status report stated (bold omitted):

> Due to a complete breakdown in communications between Hartnett, Smith & Paetkau and Defendants, defense counsel hereby request leave of the court to bring a motion to be relieved as counsel in this matter, and request that the Court lift the stay imposed by the Court's July 12, 2016 order solely for the purpose of allowing defense counsel to bring such motion.

Leave is granted for defense counsel to file a motion to withdraw by **NOVEMBER 30**. The motion must address (1) whether the automatic stay in this case deprives the Court of jurisdiction to decide the motion, and (2) who would represent defendants if the motion is granted, *i.e.*, whether the motion should be contingent on successor defense counsel making an appearance. In any event, the Court is unlikely to grant any motion to withdraw until it accurately understands the current status of the bankruptcy proceedings in this case.

**IT IS SO ORDERED.**

Dated: November 16, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE