IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HEE JOO YANG,

    Plaintiff,

  v.

ELIZABETH R. KIM, *et al.*,

    Defendants.

No. C 15-04986 WHA

**ORDER DENYING REQUEST TO LIFT STAY**

On November 14, defense counsel requested to lift the automatic stay in this action for the sole purpose of filing a motion to withdraw (Dkt. No. 43 at 3). The Court granted leave to file the motion by November 30 but required counsel to address (1) whether the automatic stay deprives the Court of jurisdiction to decide the motion, and (2) who would represent defendants if the motion is granted (Dkt. No. 44). On November 30, instead of moving to withdraw, defense counsel indicated they were unable to answer the Court's first question or find authority in support of a motion to withdraw during an automatic stay. They also noted the broad scope of the automatic stay and cited two district court decisions from this circuit denying motions to withdraw under similar circumstances (Dkt. No. 45 at 2–3).

Defense counsel's request to lift the automatic stay for the purpose of filing a motion to withdraw is **DENIED**. This denial is without prejudice to counsel filing the motion upon the

conclusion of the bankruptcy action or the bankruptcy court's lifting of the stay, or if counsel identifies authority to support an earlier motion.

**IT IS SO ORDERED.**

Dated: December 2, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE