IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEE JOO YANG, | No. C 15-04986 WHA |
| Plaintiff, | |
| v. | |
| ELIZABETH R. KIM, *et al.*, | **STATUS REPORT ORDER AND ORDER TO SHOW CAUSE** |
| Defendants. | |

The Court has reviewed the parties' joint status report dated February 13 (Dkt. No. 59). The parties shall submit a further joint status report on the progress of the bankruptcy proceeding by **MARCH 30 AT NOON**. In that status report, the parties shall **SHOW CAUSE** why this action should not be dismissed since they "do not request relief from this Court" (*id.* at 2).

**IT IS SO ORDERED.**

Dated: February 14, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE